ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
California Bar Number: 141489
   Room 7516 Federal Building
   300 North Los Angeles Street
   Los Angeles, California 90012
   Telephone: (213) 894-6880
   Facsimile: (213) 894-7819
   Joanne.Osinoff@usdoj.gov

Attorneys for Federal Defendants

JS - 6

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| EMILIO ESTRADA,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA, AND DOES 1 TO 100, INCLUSIVE,<br><br>    Defendants. | No. CV 11-04331 R (PJWx)<br><br><u>ORDER DISMISSING ACTION</u> |

    The Motion to Dismiss filed by Defendant, United States of America, came on for hearing on July 18, 2011. Plaintiff filed no opposition to the Motion and made no appearance at the hearing. Defendant was represented by AUSA Joanne Osinoff. The Court, having considered the pleadings, evidence presented, memorandum of points and authorities and the oral argument at the time of the hearing,

///
///
///

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. Plaintiff's claims against the United States are subject to the Federal Tort Claims Act ("FTCA"), 28 U.S.C. §§1346(b), 2671 et seq.;

2. Plaintiff has failed to file an administrative tort claim, and thus, failed to exhaust administrative remedies as required by the FTCA, 28 U.S.C. §2675(a);

3. Accordingly, this Court lacks subject matter jurisdiction and Plaintiff's Complaint against the United States must be dismissed; and

4. Defendant's Motion to Dismiss is GRANTED and plaintiffs' Complaint is hereby DISMISSED in its entirety without prejudice.

Dated: July 21, 2011

_____
HONORABLE MANUEL L. REAL
UNITED STATES DISTRICT JUDGE

PRESENTED BY:

ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division

*/s/ Joanne S. Osinoff*
_____
JOANNE S. OSINOFF
Assistant United States Attorney
Attorneys for Defendant
United States of America